KAREN P. HEWITT
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
BRETT NORRIS
Assistant U.S. Attorney
California State Bar No. 224875
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7738
Facsimile:  (619) 557-5004

Attorneys for the Plaintiff
The United States of America

FILED
2009 SEP 22 AM 11:01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.5 ACRES OF LAND, more or less, situated in City of San Diego, County of San Diego, State of California; and CITY OF SAN DIEGO, et al.; and Other Interested Parties,

    Defendants.

Case No. 09CV2068 BTM BLM

COMPLAINT IN CONDEMNATION
[With Declaration of Taking]

1. This is a civil action brought by the United States of America at the request of the Acting Regional Administrator of the United States General Services pursuant to the authority delegated by the Administrator of General Services in Chapter 17, paragraph 2d of the GSA Delegation of Authority Manuel ADM P 5450.39C, for the taking of the property under the power of eminent domain through a Declaration of Taking and for the determination and award of just compensation to the owners and parties of interest.

2. The authority for the acquisition of the estate in property described herein is 40 U.S.C. § 581: 40 U.S.C. § 3114: and Public Laws 108-199 and 110-161, which acts appropriate funds for this acquisition.

3. The public use for which the property is taken is for the expansion and improvement of the San Ysidro Land Port of Entry and other related purpose of the Government, and for such other use as may be authorized by Acts of Congress or by Executive Order.

4. A general description of the property being taken is set forth in Schedule A, attached hereto and made a part hereof.

5. A plan depicting the property being taken is shown in Schedule B, attached hereto and made a part hereof.

6. The estate taken is described in Schedule C, attached hereto and made a part hereof.

7. The estimated amount of just compensation for the property being taken is set for in Schedule D, attached hereto and made a part hereof.

8. The persons who may have or claim a purported interest in the property and whose names are known are listed in Schedule E, attached hereto and made a part hereof.

9. Local and state taxing authorities and assessment districts may have or claim an interest in the property by reason of taxes and assessments due and owing.

10. In addition to those entities named, there are or may be others who have or may have some interest in the property or interests taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: September 21, 2009

KAREN P. HEWITT
United States Attorney

BRETT NORRIS
Assistant United States Attorney
Attorneys for Plaintiff

2

# Schedule "A"

## SCHEDULE A

## DESCRIPTION OF THE PROPERTY

The land which is the subject matter of this proceeding consists of a parcel containing approximately 2.5 acres of land, more or less (as shown on the plans attached to this Declaration of Taking as "Schedule B") in the City of San Diego, California, more particularly described as follows:

A portion of the Right of Way of Camino Camiones Way in the City of San Diego, County of San Diego, State of California being also a portion of Parcel 1 of Relinquishment Map No. 21785 filed in the office of the County Recorder of said county December 3, 1973 as file page 73-333846 and as relinquished to the City of San Diego for use as a city street per document filed in the office the County Recorder of said county January 4, 1974 as file page 74-002649 and described as follows:

**COMMENCING** at International Boundary Monument No. 255 on the International boundary between the United States of America and the Republic of Mexico as shown on California Department of Transportation Monumentation Map No. MS 742 revised August 12, 1975; thence Southwesterly along said International boundary South 84° 40' 35" West, (record South 84°40'32" West per MS 742) 1480.37 feet to an intersection with the Westerly Right of Way line of said Camino Camiones Way and the Southwest corner of said Relinquishment Parcel No. 1; said point being also the Southwest corner of that portion of Relinquishment Parcel No. 1 granted to the Unites States of America per Grant Deed recorded June 26, 2008 as file page no. 2008-0343418 of official records; thence leaving said International boundary and Northerly along said Westerly Right of Way line of Camino Camiones Way the following courses: North 05°18'34" West 164.10 feet to the **TRUE POINT OF BEGINNING**; said point being also the Northwest corner of said USA land; thence continuing North 05° 18'34" West, 98.30 feet; thence North 38° 03'39" West, 189.76 feet to a point on a non tangent curve concave Southerly having a radius of 161.00 feet, a radial line to said point bears North 25° 41'33" East; thence Westerly along the arc of said curve through a central angle of 34°14'39" an arc length of 96.23 feet; thence tangent to said curve South 81°26'54" West, 458.11 feet to the beginning of a

tangent curve, concave Northerly having a radius of 184.00 feet; thence Westerly and Northwesterly along the arc of said curve through a central angle of 80°47'02" an arc length of 259.43 feet to the Northerly terminus of said 184.00 foot radius curve and the Northwest corner of said Relinquishment Parcel No. 1; said point being also a point on the Easterly line of Parcel 2 as shown on Parcel Map No. 19628 recorded December 16, 2004 as file page no. 2004-1184765 of official records; thence leaving said curve and said Relinquishment Parcel No. 1 and Northerly along the Easterly line of said Parcel 2 of Parcel Map No. 19628 North 17°31'51" West 27.91 feet to the Northeast corner of said Parcel Map 19628 and a point on the Southerly line of Relinquishment Parcel No. 2 per said Relinquishment Map; thence leaving said Westerly Right of Way line of Camino Camiones Way and said Easterly line of Parcel Map No. 19628 and Easterly along said Southerly line South 89°45'11" East, 44.20 feet to the Southeast corner of Relinquishment Parcel No. 2; said point being also on the Easterly Right of Way line of said Camino Camiones Way and the Westerly Right of Way line of Interstate Highway 5 as shown on said Monumentation Map MS 742; thence leaving said Relinquishment Parcel No. 2 and Southerly along said Rights of Way the following courses: South 54° 30'55" East, 83.10 feet to the beginning of a non tangent curve, concave Northerly having a radius of 100.00 feet, a radial line to said point bears South 47°05'49" West; thence Southeasterly along the arc of said curve through a central angle of 55°38'57" an arc length of 97.12 feet; thence tangent to said curve North 81° 26'54" East 488.50 feet to the beginning of a tangent curve, concave Southerly having a radius of 250.00 feet; thence Easterly and Southeasterly along the arc of said curve through a central angle of 51° 14'38" a distance of 223.59 feet; thence South 47°18'28" East 203.13 feet to a point on a non tangent curve, concave Northwesterly having a radius of 100.00 feet, a radial line to said point bears North 57°41'54" East; said point being also the Northerly most corner of said USA land; thence leaving said Easterly Right of Way of Camino Camiones Way and Westerly Right of Way of Interstate Highway 5 and along the Northerly line of said USA land the following courses: Southerly along said curve through a central angle of 89°00'32" an arc length of 155.35 feet; thence non tangent from said curve South 89°35'47" West 125.58 feet to the **TRUE POINT OF BEGINNING.**

**CONTAINING**: 2.5 acres more or less.

# Schedule "B"



# Schedule "C"

## SCHEDULE C

### DESCRIPTION OF INTERESTS

The estate taken in the property described on Schedule A to this declaration of Taking is fee simple, together with any appurtenant interests in adjoining property, subject to:

1. Any existing rights of ingress and egress benefiting adjoining property.
2. Any rights to operate, repair and maintain existing utility facilities, provided that:
    a. The United States shall have the right to temporarily or permanently relocate such facilities.
    b. If any portion of a utility easement ceases to be used to serve property not owned by the United States, the easement shall, at the option of the United States, terminate as to such portion. Should the United States decide to exercise this option, it will do so by giving written notice to the operator of the utility.

# Schedule "D"

## SCHEDULE D

The just compensation for the taking of any and all interests in the subject matter of this action is $1.00.

# Schedule "E"

## SCHEDULE E

Names and addresses of the parties who have or may claim an interest in the property:

The City of San Diego
202 C Street
San Diego, CA 92101

The County of San Diego
1600 Pacific Highway
San Diego, CA 92101

Pacific Bell Telephone Company
140 New Montgomery Street
San Francisco, CA 94105-3705

San Diego Gas and Electric
Company
P.O. Box 129831
San Diego, CA 92112-9831

Redevelopment Agency of the City of San Diego
1200 Third Avenue
Civic Center Plaza
Suite 1620
San Diego, CA 92101-4199

Sweetwater Union High School
District
1130 Fifth Ave
Chula Vista, CA 91911-2896

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
THE UNITED STATES OF AMERICA

### DEFENDANTS
2.5 ACRES OF LAND, MORE OR LESS, SITUATED IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, and CITY OF SAN DIEGO, et al. and OTHER INTERESTED PARTIES,

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)   619-557-7738
BRETT NORRIS, ASSISTANT US ATTORNEY
880 FRONT STREET, RM 6293, SAN DIEGO, CA 92101

Attorneys (If Known)

FILED
2009 SEP 22 AM 11:01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ XMX DEPUTY

'09 CV 2068 BTM   BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |   | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|   | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |   | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |   | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** / **CIVIL RIGHTS** / **PRISONER PETITIONS** |   |   | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☒ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |   | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |   / ☐ 530 General |   |   |   |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |   | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |   |   |
|   | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |   | ☐ 950 Constitutionality of State Statutes |
|   | / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |   |   |
|   | ☐ 440 Other Civil Rights |   |   |   |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
40 USC 581; 40 USC 3114
Brief description of cause:
Land Condemnation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 9/22/09

SIGNATURE OF ATTORNEY OF RECORD   BRETT NORRIS, Civil Division
U.S. Attorneys Office

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

