Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs<br><br>2.5 ACRES OF LAND, more or less, situated in City of San Diego, County of San Diego, State of California; and CITY OF SAN DIEGO, et al.; and Other Interested Parties, | **SUMMONS IN A CIVIL ACTION**<br>Case No. 09cv2068 BTM (BLM) |

TO: (Name and Address of Defendant)

THE CITY OF SAN DIEGO
REDEVELOPMENT AGENCY
1200 3rd Avenue
Civic Center Plaza, 14th Floor
San Diego, CA 92101-4199

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Brett Norris
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

SEP 2 3 2009
DATE

By K. HAMMERLY, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney:<br>UNITED STATES ATTORNEY'S OFFICE<br>101 W. BROADWAY<br>15TH FLOOR<br>SAN DIEGO, CA 92101<br>Telephone No: 619-557-5662 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Southern District Of California |

Plaintiff: UNITED STATES OF AMERICA
Defendant: 2.5 ACRES OF LAND, MORE OR LESS, SITUATED IN CITY OF SAN DIEGO, ETC.

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>09CV2068 BTM (BLM) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT IN CONDEMNATION; CIVIL COVER SHEET; NOTICE OF CONDEMNATION; DECLARATION OF TAKING; NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION.

3. a. Party served: THE CITY OF SAN DIEGO REDEVELOPMENT AGENCY
   b. Person served: JEANETTE SANTOS, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served: 1200 3RD AVE.
   14TH FLOOR
   SAN DIEGO, CA 92101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Sep. 28, 2009 (2) at: 9:45AM

7. **Person Who Served Papers:**
   a. Josh Klarer

   First Legal
   1111 6th Avenue, Ste. 204
   San Diego, CA 92101
   Telephone   (619) 231-9111
   Fax         (619) 231-1361
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $30
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 1369
       (iii) County: San Diego

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Sep. 30, 2009

   (Josh Klarer)

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS

   625364.usasd.241558