DAVID J. BENNER (Bar No. 105428)
AT&T SERVICES LEGAL DEPARTMENT
101 West Broadway, Suite 1300
San Diego, California 92101
Tel: (619) 237-3939
Fax: (619) 238-9915
Email: david.benner@att.com

Attorney for Defendant PACIFIC BELL
TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>2.5 ACRES OF LAND, more or less, situated in City of San Diego, County of San Diego, State of California; and CITY OF SAN DIEGO, et al.; and Other Interested Parties,<br><br>              Defendants. | CASE NO. 09cv2068 BTM (BLM)<br><br>PACIFIC BELL TELEPHONE COMPANY'S ANSWER TO COMPLAINT IN CONDEMNATION |

Defendant Pacific Bell Telephone Company answers and hereby pleads in response to the Complaint filed by Plaintiff, The United States of America, as follows:

1.  In answer to the allegations in Paragraph 1, Defendant Pacific Bell Telephone Company alleges that Defendant has no information or belief sufficient to enable to answer the allegations, and based on such lack of information and belief, Defendant denies each and every allegation in Paragraph 1.

2.  In answer to the allegations in Paragraph 2, Defendant Pacific Bell Telephone Company alleges that Defendant has no information or belief sufficient to enable to answer the allegations, and based on such lack of information and belief, Defendant denies each and every allegation in Paragraph 2.

3. In answer to the allegations in Paragraph 3, Defendant Pacific Bell Telephone Company alleges that Defendant has no information or belief sufficient to enable to answer the allegations, and based on such lack of information and belief, Defendant denies each and every allegation in Paragraph 3.

4. In answer to the allegations in Paragraph 4, Defendant Pacific Bell Telephone Company alleges that Defendant has no information or belief sufficient to enable to answer the allegations, and based on such lack of information and belief, Defendant denies each and every allegation in Paragraph 4.

5. In answer to the allegations in Paragraph 5, Defendant Pacific Bell Telephone Company alleges that Defendant has no information or belief sufficient to enable to answer the allegations, and based on such lack of information and belief, Defendant denies each and every allegation in Paragraph 5.

6. In answer to the allegations in Paragraph 6, Defendant Pacific Bell Telephone Company alleges that Defendant has no information or belief sufficient to enable to answer the allegations, and based on such lack of information and belief, Defendant denies each and every allegation in Paragraph 6.

7. In answer to the allegations in Paragraph 7, Defendant Pacific Bell Telephone Company alleges that Defendant has no information or belief sufficient to enable to answer the allegations, and based on such lack of information and belief, Defendant denies each and every allegation in Paragraph 7.

8. Answering Paragraph 8 of Plaintiff's Complaint, Defendant admits that it has a property interest in the property. Except as here admitted, Defendant alleges that Defendant has no information and belief on the subject sufficient to enable Defendant to answer the allegations of Paragraph 8, and based on such lack of information and belief, the Defendant denies each and every allegation in Paragraph 8.

9. In answer to the allegations in Paragraph 9, Defendant Pacific Bell Telephone Company alleges that Defendant has no information or belief sufficient to enable to answer the allegations, and based on such lack of information and belief, Defendant denies each and every

1 | allegation in Paragraph 9.

2 |     10.    In answer to the allegations in Paragraph 10, Defendant Pacific Bell Telephone Company alleges that Defendant has no information or belief sufficient to enable to answer the allegations, and based on such lack of information and belief, Defendant denies each and every allegation in Paragraph 10.

    11.    This Defendant alleges that it is the owner of a right-of-way in the properties described in the complaint. To the extent some portion of Defendant's property interests are taken in this action or that the project conflicts or interferes with Defendant's use of these interests, in addition to the fair market value of Defendant's interests, Defendant claims compensation for relocation, removal, abandonment and/or supporting or protecting its utility facilities, severance damages, litigation expenses, and loss of goodwill.

## AFFIRMATIVE DEFENSES

As for separate affirmative defenses to the complaint, and each cause of action alleged therein, Defendant is informed and believes and thereon alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

    12.    Plaintiff's complaint, and each purported cause of action thereof fail to state facts sufficient to constitute a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

    13.    Defendant alleges that the property described in the complaint is not necessary for the proposed project in that all or a portion of Defendant's facilities do not interfere with the proposed project.

### THIRD AFFIRMATIVE DEFENSE

    14.    Defendant alleges that the proposed project is not planned or located in the manner that will be most compatible with the greatest public good and the least public injury in that all or a portion of Defendant's facilities do not interfere with the proposed project.

/ / /

/ / /

/ / /

## FOURTH AFFIRMATIVE DEFENSE

15. Defendant alleges that it is entitled to continued use of the property because continuance of such use will not unreasonably interfere with or impair, or require a significant alteration of, the more necessary public use.

## FIFTH AFFIRMATIVE DEFENSE

16. Plaintiff is not authorized to acquire an interest in the property described in the Complaint because it is not acquiring an entire parcel of property for a public purpose.

## SIXTH AFFIRMATIVE DEFENSE

17. Plaintiff is not authorized to acquire any interest in the property described in the Complaint because its actions are arbitrary, capricious and unreasonable.

## SEVENTH AFFIRMATIVE DEFENSE

18. The amount of compensation offered by Plaintiff for the property is substantially lower than the fair market value of the property.

WHEREFORE, Defendant prays judgment as follows:

1. That Plaintiff take nothing by its complaint against this answering Defendant; or

2. If the Court determines that Plaintiff is entitled to take the property described in the complaint in condemnation that this answering Defendant be awarded the fair market value of its interest in the property;

3. For costs of suit herein incurred; and

4. For such other and further relief as the court may deem proper.

Dated: October 9, 2009

AT&T SERVICES LEGAL DEPARTMENT

By: /s/David J. Benner
DAVID J. BENNER
Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

#439577

-4-   09cv2068 BTM (BLM)
PACIFIC BELL TELEPHONE COMPANY'S ANSWER