1  DAVID J. BENNER (Bar No. 105428)
   AT&T SERVICES LEGAL DEPARTMENT
2  101 West Broadway, Suite 1300
   San Diego, California  92101
3  Tel:  (619) 237-3939
   Fax: (619) 238-9915
4  Email: david.benner@att.com

5  Attorney for Defendant PACIFIC BELL
   TELEPHONE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | THE UNITED STATES OF AMERICA, | CASE NO.  09cv2068 BTM (BLM) |
|---|---|---|
| 12 | Plaintiff, | **DEFENDANT PACIFIC BELL TELEPHONE COMPANY'S NOTICE OF PARTIES WITH FINANCIAL INTEREST** |
| 13 | vs. | |
| 14 | 2.5 ACRES OF LAND, more or less, situated in City of San Diego, County of San Diego, State of California; and CITY OF SAN DIEGO, et al.; and Other Interested Parties, | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

18       The undersigned, counsel of record for Defendant Pacific Bell Telephone Company, a

19  California corporation doing business as AT&T California, certifies that the following listed

20  parties have a direct pecuniary interest in the outcome of this case.  These representations are

21  made to enable the Court to evaluate possible disqualification or recusal.

22

| ENTITY | CONNECTION TO OR INTEREST IN CASE |
|---|---|
| Pacific Telephone Company dba AT&T California | Defendant |
| AT&T Teleholdings, Inc. | Corporate Parent of AT&T California |

28

#439826                               -1-                        09cv2068 BTM (BLM)

| ENTITY | CONNECTION TO OR INTEREST IN CASE |
|---|---|
| AT&T Inc. | Corporate Parent of AT&T Teleholdings, Inc. |

Dated: October 9, 2009

AT&T SERVICES LEGAL DEPARTMENT

By: /s/David J. Benner
DAVID J. BENNER
Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY