FILED

2009 OCT 14  AM 8: 49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____Rm_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>2.5 ACRES OF LAND, more or less, situated in City of San Diego, County of San Diego, State of California; and CITY OF SAN DIEGO, et al.; and Other Interested Parties,<br><br>    Defendants. | Case No. 09cv2068 BTM (BLM)<br><br>ORDER FOR IMMEDIATE POSSESSION OF SUBJECT PROPERTY [40 U.S.C. § 3114] |

This matter came on for hearing upon ex parte application of Plaintiff for an order granting immediate possession of the real property described in the Declaration of Taking.  Upon due consideration and for good cause shown, IT IS HEREBY ORDERED AND ADJUDGED that Defendants to this action and all persons in possession or control of the property described in the Complaint in Condemnation and Declaration of Taking filed herein shall immediately surrender possession of the said property to Plaintiff, and IT IS FURTHER ORDERED that Plaintiff shall forthwith serve a copy of this Order upon all persons in possession or control of said property.

IT IS SO ORDERED.

DATED: 10-13-09

Hon. Barry T. Moskowitz
United States District Court