## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| United States of America | vs | 2.5 Acres of Land | No. | 09cv2068-BTM (POR) |
|---|---|---|---|---|
| Hon. | N/A | Deputy Clerk  N/A | Court Reporter | N/A |

It is hereby ordered that Judge Porter hereby recuses from the above entitled case and orders that the case be reassigned to another magistrate judge.

Assigned to:   Judge Adler

New Case #:    09cv2068-BTM (JMA)

Date:  October 15, 2009          Deputy:  [signature]