JOHN J. SANSONE, County Counsel
County of San Diego
By JUDITH A. McDONOUGH, Senior Deputy (SBN: 137790)
1600 Pacific Highway, Room 355
San Diego, CA 92101
E-mail: Judith.mcdonough@sdcounty.ca.gov
Telephone: (619) 531-4942

Attorneys for Defendant County of San Diego

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: **09cv2068 BTM (BLM)** |
| Plaintiff, | **DISCLAIMER OF INTEREST** |
| v. | |
| 2.5 ACRES OF LAND, more or less, situated in City of San Diego, County of San Diego, State of California; and CITY OF SAN DIEGO, et al; and Other Interested Parties, | |
| Defendants. | |

COMES NOW the COUNTY OF SAN DIEGO by and through the undersigned, hereby waives service of all notices, and disclaims any right, title, claim or interest in the compensation paid or to be paid for the taking of the property described in the Complaint and the Declaration of Taking filed herein.

DATED: October 19, 2009        JOHN J. SANSONE, County Counsel

By: /s/ JUDITH A. McDONOUGH, Senior Deputy
Attorneys for COUNTY OF SAN DIEGO

# Declaration of Service

I, the undersigned, declare:

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On October 19, 2009, I served the following documents: **DISCLAIMER OF INTEREST** the following manner:

☐     By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☒     By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

KAREN P. HEWITT, U.S. Attorney
BRETT NORRIS, Asst. U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA  92101
(619) 557-7147
E-mail: Brett.Norris@usdoj.gov
(Attorneys for United States of America)


Executed on October 19, 2009, at San Diego, California.

By: s/ JUDITH A. McDONOUGH, Senior Deputy
E-mail: judith.mcdonough@sdcounty.ca.gov


U.S.A. v. 2.5 Acres of Land, et al.; USDC No. 09cv2068 BTM (BLM)