OFFICE OF THE GENERAL COUNSEL
C. Larry Davis (CSB No. 70589)
101 Ash Street, Suite 1100
San Diego, CA 92101-3017
Telephone (619) 699-5023
Facsimile (619) 696-4838

Attorneys for Defendant,
SAN DIEGO GAS & ELECTRIC COMPANY

FILED

09 OCT 19 PM 2:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO: 09cv2068 BTM BLM |
| Plaintiff, | **DEFENDANT SAN DIEGO GAS & ELECTRIC COMPANY'S ANSWER TO THE UNITED STATES OF AMERICA'S COMPLAINT IN CONDEMNATION** |
| v. | |
| 2.5 ACRES OF LAND, more or less, situated in City of San Diego, County of San Diego, State of California; and CITY OF SAN DIEGO, et al.; and Other Interested Parties | |
| Defendants. | Complaint filed: September 22, 2009<br>Trial Date: Not set |

Defendant San Diego Gas & Electric Company ("SDG&E"), a California corporation and interested party, answers the United States of America's Complaint in Condemnation as follows:

I.

In answer to the allegations of paragraph 8, SDG&E admits that it has facilities and an interest in the real property described in this paragraph and attached exhibits, and reserves its right to be in place and obtain just compensation, but denies the remaining allegations because it lacks sufficient information and belief to enable it to answer.



- 1 -

**II.**

In answer to the allegations of paragraphs 1-7, 9, and 10, SDG&E lacks sufficient information and belief to enable it to answer the allegations contained therein, and, on that basis, denies each and every such allegation.

WHEREFORE, Defendant SDG&E prays for judgment as follows:

1. That, if Plaintiff is awarded judgment condemning said real property, SDG&E be awarded just compensation for the taking, including, but not limited to, the fair market value of the property sought to be condemned, all losses and damage incurred by SDG&E due to such taking, and the threat thereof, SDG&E's litigation expenses, including all engineering, appraisal and attorneys' fees related to and incurred by reason of this action;

2. For costs of suit incurred herein; and

3. For such other and further relief as the Court may deem proper.

DATED: October 19, 2009

OFFICE OF THE GENERAL COUNSEL

By: _____
C. Larry Davis
Attorneys for Defendant
SAN DIEGO GAS & ELECTRIC COMPANY

DEFENDANT SAN DIEGO GAS & ELECTRIC COMPANY'S ANSWER TO THE UNITED STATES OF AMERICA'S COMPLAINT IN CONDEMNATION

#236709

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**Title of Case (Abbreviated):**

*United States of America v. 2.5 Acres of Land, et al.*

| | |
|---|---|
| **Attorneys Name and Address:**<br>C. Larry Davis<br>Office of the General Counsel<br>Sempra Energy<br>101 Ash Street, Suite 1100<br>San Diego, CA 92101-3017 | **Telephone No:**<br>(619) 699-5023 |
| **Attorney(s) for:**<br>Defendant<br>San Diego Gas & Electric Company | **Case No:**<br>09cv2068 BTM (BLM) |

## DECLARATION OF PROOF OF SERVICE

I, the undersigned, declare: I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 101 Ash Street, 11th Floor, San Diego, California 92101. I served a copy of the following document(s):

**DEFENDANT SAN DIEGO GAS & ELECTRIC COMPANY'S ANSWER TO THE UNITED STATES OF AMERICA'S COMPLAINT IN CONDEMNATION**

on the parties in this action listed below by the following means:

Brett Norris
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619.557.7738
Fax: 619.557.5004

☒ **(BY MAIL)** I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with the practice for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 19, 2009, at San Diego, California.

_____
Stacie Allen

#221455