| | |
|---|---|
| 1 | BONIFACIO B. GARCIA (SBN 100761) |
|  | DISTRICT GENERAL COUNSEL |
| 2 | MARIE C. MENDOZA (State Bar No. 201782) |
| 3 | GCR, LLP |
|  | 625 Broadway, Suite 1400 |
| 4 | San Diego, California 92101 |
|  | Telephone: (619) 564-8400 |
| 5 | Facsimile: (619) 564-8404 |
|  | E-mail: mmendoza@gcrlegal.com |
| 6 | |
|  | Attorneys for Defendant |
| 7 | Sweetwater Union High School District |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No: 09cv2068 BTM (JMA) |
| Plaintiff, | |
| vs. | **DISCLAIMER OF INTEREST OF DEFENDANT SWEETWATER UNION HIGH SCHOOL DISTRICT** |
| 2.5 ACRES OF LAND, more or less, situated in City of San Diego, County of San Diego, State of California; and CITY OF SAN DIEGO, et. al.; and Other Interested Parties, | |
| Defendants. | |

COMES NOW SWEETWATER UNION HIGH SCHOOL DISTRICT by and through the undersigned, hereby waives service of all notices, and disclaims any right, title, claim or interest in the compensation paid or to be paid for the taking of the property described in the Complaint and the Declaration of Taking filed herein.

| | | |
|---|---|---|
| 1 | Date: November 23, 2009 | SWEETWATER UNION HIGH SCHOOL DISTRICT |
| 2 | | |
| 3 | | By: *[signature]* |
| | | Dr. Jesus M. Gandara |

APPROVED AS TO FORM:

Date: November 25, 2009            GCR, LLP

By: *[signature]*
Bonifacio B. Garcia
Marie C. Mendoza
Attorneys for Cross-Defendant Sweetwater
Union High School District

4814-9452-2629, v. 1

CERTIFICATE OF SERVICE USDC CASE NO: 09CV2068 BTM (JMA)

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 625 Broadway, Suite 1400, San Diego, California 92101.

On November 24, 2009, I served the following documents:

**DISCLAIMER OF INTEREST OF DEFENDANT SWEETWATER UNION HIGH SCHOOL DISTRICT**

on the interested parties in this action by placing a true and correct copy of such documents, addressed as follows:

| | |
|---|---|
| Karen P Hewitt, Esq.<br>Tom Stahl, Esq.<br>Brett Norris, Esq.<br>United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, CA 92101<br>Telephone: (619) 557-7738<br>Facsimile: (619) 557-5004<br>*Attorneys for Plaintiff UNITED STATES OF AMERICA.* | |

[X] **BY MAIL**: I am "readily familiar" with GCR, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereof fully prepaid at San Diego, California, on that same day following ordinary business practices.

[ ] **BY E-MAIL OR ELECTRONIC TRANSMISSION**: I caused a copy of the document(s) to be sent through ECF to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( X )(Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed November 24, 2009, San Diego, California.

GLORIA CASILLAS